| UNITED STATES DISTRICT COURT | Docket No. 12 CV 4662 |
| SOUTHERN DISTRICT OF NEW YORK | |

RAFAEL LEE,

        **Plaintiff,**

  -against-            **PLAINTIFF'S INITIAL DISCLOSURES**

KUCKER & BRUH, LLP and
ALAN D. KUCKER,

        **Defendants.**

The plaintiff **RAFAEL LEE**, by his attorneys Fishman & Mallon, LLP, makes the following initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1)(A):

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Response:

| NAME | ADDRESS/PHONE | INFORMATION |
|---|---|---|
| Rafael Lee | Can be contacted via plaintiff's counsel | Knowledge and information regarding factual allegations contained in the complaint. |
| Alan D. Kucker | Can be contacted via defendant | Knowledge and information regarding all matters set forth in this action. |
| Employees of Kucker & Bruh, LLP | Can be contacted via defendant | Knowledge and information regarding all matters set forth in this action. |
| Employees of Woodfin Realty Corp. ("Woodfin") | 590 Ft. Washington Ave New York, NY 10033 | Knowledge and information regarding all matters set forth in this action. |

1

| Employees of Mall Properties, Inc. ("Mall") | 5500 New Albany Road East<br>New Albany, OH 43054 | Knowledge and information regarding all matters set forth in this action. |
|---|---|---|
| New York City Department of Finance | Senior Citizen Rent Increase Program<br>New York City Department of Finance<br>66 John Street, Room 104<br>New York, NY 10038 | Knowledge and information regarding the plaintiff's participation in the Senior Citizen Rent Increase Program ("SCRIE"). |

(ii) A copy, or a description by category and location, of all documents, electronically stored information, and tangible things that are in possession, custody, or control of the party and that the disclosing party may use to support their claims or defenses, unless solely for impeachment.

Response:

1) The entire court file in **Woodfin Realty Corp. v. Lee,** Index No. L&T 60394/2012, Civil Court, New York County.

2) Correspondence to and from the defendant.

3) Correspondence to and from Woodfin.

4) Correspondence to and from Mall.

5) Documents relating to the issuance of the letters, notices and pleadings described in the complaint.

6) All documents maintained by the New York City Department of Finance maintained in connection with the administration of the plaintiff's participation in the SCRIE program.

  (iii) A computation of any category of damage claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on he nature and extent of injuries suffered.

<u>Response</u>:

1) actual damages for emotional distress suffered by the plaintiff and associated medical costs pursuant to 15 USC § 1692k(a)(1) in an amount to be determined by the trier of fact.

2) statutory damages pursuant to 15 USC § 1692k(a)(2)(A) in the amount of $1,000.00.

3) Attorneys' fees and costs for prosecuting this action pursuant to 15 USC § 1692k(a)(3) in an amount to be determined by the Court.

All such supporting documentation will be made available for copying and inspection at a mutually convenient date, time and location.

  (iv) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

<u>Response:</u>

The plaintiff does not possess any such documents.

Dated:    August 29, 2012
              New York, New York

                                              /s/
                                      JAMES B. FISHMAN (JBF8998)
                                      FISHMAN & MALLON, LLP
                                      305 Broadway, Suite 900
                                      New York, NY 10007
                                      (212) 897-5840
                                      jamesr626@aol.com
                                      Attorneys for Plaintiff

TO:    Abner T. Zelman
        Kucker & Bruh, LLP
        747 Third Ave – 12th Floor
        New York, NY 10017
        (212) 869-5030
        a.zelman@kuckerandbruh.com
        Defendant *pro se* and
        attorneys for defendant Alan D. Kucker