UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAFAEL LEE,

                Plaintiff,

-against-

KUCKER & BRUH, LLP and ALAN D. KUCKER,

                Defendants.
------------------------------------------------------------X

12 Civ. 04662 (LGS)

MEMORANDUM AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/13

LORNA G. SCHOFIELD, District Judge:

    It is hereby ORDERED that:

    (1) the parties' motions *in limine* shall be due **September 2, 2013**. Any responses to the motions shall be due **September 9, 2013**.

    (2) Joint requests to charge, *voir dire* and any verdict form shall be submitted by **September 9, 2013**.

    (3) The final pretrial order shall be due **September 9, 2013.**

    (4) The parties shall appear for a final pretrial conference on **September 17, 2013 at 4:00 p.m.**

    (5) The trial shall take place the week of **September 30, 2013**.

    SO ORDERED.

Dated: August 2, 2013
       New York, New York

                                    LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE