USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2013

# Kucker & Bruh, LLP
ATTORNEYS AT LAW

747 THIRD AVENUE
NEW YORK, NY 10017

212-869-5030
FAX 212-944-5818
www.kuckerandbruh.com

PAUL D. BRUH
ALAN D. KUCKER
PATRICK K. MUNSON
JAMES R. MARINO
NATIV WINIARSKY
ANDREW B. BITTENS†
WILLIAM D. HUMMELL
JOHN M. CHURNEFTSKY
CATHERINE A. HELWIG†
IVAN B. OKUN

BRANDON S. GRIBBEN†
TANYA M. OWENS
JONATHAN I. MANN

OF COUNSEL:
ABNER T. ZELMAN
ROBERT H. BERMAN
GREGG R. KURLANDER†

†ALSO ADMITTED IN N.J.

August 9, 2013

BY E-MAIL TO Schofield_NYSDChambers@nysd.uscourts.gov

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 12-cv-4662-LGS, *Lee v. Kucker & Bruh LLP et ano*

Dear Judge Schofield,

The undersigned attorneys for the parties in the referenced case are pleased to inform your Honor that they have entered into an agreement to settle this case, the terms of which will be fully implemented by November, 2013. Upon the complete implementation of such terms, a Stipulation and Order of Dismissal With Prejudice will be submitted to be so ordered. As a trial regarding damages in this case is therefore no longer necessary, it is respectfully requested that your Honor's prior order scheduling trial and pre-trial procedure in September be withdrawn.

Very truly yours,

James A. Fishman
Attorney for Plaintiff

Abner T. Zelman
Attorney for Defendants

---

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED. SO ORDERED.

Dated: 8/13/13
New York, NY

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE